| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sagar, Alka | 2. Court or Organization<br><br>United States District Court, Central District of California | 3. Date of Report<br><br>08/12/2020 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>255 E. Temple Street, Room 530<br>Los Angeles, California 90012 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sagar, Alka | 08/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | self-employed sales consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sagar, Alka | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Comenity Bank | Credit Card | J |
| 2. Christina Jaskiewicz | personal loan | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sagar, Alka** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southland Credit Union accounts | A | Dividend | J | T | | | | | |
| 2. Bank of Montreal Accounts | A | Interest | L | T | | | | | |
| 3. Bank of America Accounts | A | Interest | J | T | | | | | |
| 4. Merrill Lynch Accounts | C | Interest | L | T | | | | | |
| 5. Chase Bank Accounts | A | Interest | J | T | | | | | |
| 6. IRA#1: AIG Focused | A | Dividend | | | Sold | 02/08/19 | J | | |
| 7. IRA#1: Blackrock U.S. Mortgage | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 8. IRA#1: Mutual Funds: Boston Partners | A | Dividend | | | Sold | 02/08/19 | J | | |
| 9. IRA#1: Mutual Funds: Clearbridge | A | Dividend | J | T | Sold (part) | 02/08/19 | J | | |
| 10. IRA#1: Mutual Funds:Dreyfess | A | Dividend | J | T | Buy (add'l) | 02/08/19 | J | | |
| 11. IRA#1: Mutual Funds: Harding Loevner Int. | A | Dividend | | | Sold | 02/08/19 | J | B | |
| 12. IRA#1: Mutual Funds: Invesco Dynamic Large | A | Dividend | | | Sold | 02/08/19 | J | | |
| 13. IRA#1: Mutual Funds: Invesco Exchange Traded | A | Dividend | J | T | Sold (part) | 02/08/19 | J | | |
| 14. IRA#1: Mutual Funds: Invesco Exchange Traded | A | Dividend | J | T | Buy (add'l) | 02/08/19 | J | | |
| 15. IRA#1: Mutual Funds: Invesco Core Plus Bond | A | Dividend | J | T | | | | | |
| 16. IRA#1: Mutual Funds: Ishares S&P 500 | A | Dividend | | | Sold | 02/08/19 | J | | |
| 17. IRA#1: Mutual Funds: JP Morgan Mkt | A | Dividend | | | Sold | 02/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sagar, Alka | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. IRA#1: Mutual Funds: Lizard global LSTD | A | Dividend | J | T | | | | | |
| 19. IRA#1: Mutual Funds: Pimco Investment Grade | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 20. IRA#1: Mutual Funds: Pimco International Bond | A | Dividend | J | T | Sold (part) | 02/08/19 | J | A | |
| 21. IRA#1: Mutual Funds: Pimco Income Fund | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 22. IRA#1: Mutual Funds: Pioneer Bond Fund | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 23. IRA#1: Mutual Funds: Western Asset Core Plus | A | Dividend | J | T | | | | | |
| 24. IRA#1: Mutual Funds: Western Asset Corporate | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 25. IRA#1: Mutual Funds: Wisdomtree U.S. Midcap | A | Dividend | J | T | | | | | |
| 26. IRA#1: Mutual Funds: BBH Limited Duration | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 27. IRA#1: Mutual Funds: Blackrock Total Return | A | Dividend | | | Buy | 02/08/19 | J | | |
| 28. IRA#1: Mutual Funds: Blackrock Total Return | A | Dividend | | | Sold | 08/19/19 | J | A | |
| 29. IRA#1: Mutual Funds: Cohen and Steers Preferred | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 30. IRA#1": Mutual Funds: Credit Suisse Floating | A | Dividend | | | Buy | 02/08/19 | J | | |
| 31. IRA#1: Mutual Funds: Credit Suisse Floating | A | Dividend | | | Sold | 08/19/19 | J | A | |
| 32. IRA#1: Mutual Funds: Doubleline Core Fixed | A | Dividend | | | Buy | 02/08/19 | J | | |
| 33. IRA#1: Mutual Funds: Doubleline Core Fixed | A | Dividend | | | Sold | 08/19/19 | J | A | |
| 34. IRA#1: Mutual Funds: Federated Ultrashort | A | Dividend | J | T | Buy | 02/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sagar, Alka | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  IRA#1: Mutual Funds: Flexshares TR Quality | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 36.  IRA#1: Mutual Funds: Goldman Sachs Absolute | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 37.  IRA#1: Mutual Funds: Harbor Large Cap Value | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 38.  IRA#1: Mutual Funds: Harding Loevner Global | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 39.  IRA#1: Mutual Funds: Invesco Defensive Equity | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 40.  IRA#1: Mutual Funds: Invesco Short Term Bond | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 41.  IRA#1: Mutual Funds: IShares Agency Bond | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 42.  IRA#1: Mutual Funds: Janus Henderson | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 43.  IRA#1: Mutual Funds: PGIM Total Return | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 44.  IRA#1: Mutual Funds: Payden Core Bond Fund | A | Dividend | | | Buy | 02/08/19 | J | | |
| 45.  IRA#1: Mutual Funds: Payden Core Bond Fund | A | Dividend | | | Sold | 08/19/19 | J | A | |
| 46.  IRA#1: Mutual Funds: Pimco Enhanced Short | A | Dividend | | | Buy | 02/08/19 | J | | |
| 47.  IRA#1: Mutual Funds: Pimco Enhanced Short | A | Dividend | | | Sold | 08/19/19 | J | A | |
| 48.  IRA#1: Mutual Funds: Polen Growth Fund | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 49.  IRA#1: Mutual Funds: Schwab U.S. Large Cap VA | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 50.  IRA#1: Mutual Funds: SPDR SSGA Large | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 51.  IRA#1: Mutual Funds: Vaneck Vectors Invt | A | Dividend | J | T | Buy | 08/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  IRA#1: Wells Fargo Core Plus | A | Dividend | J | T | Buy | 08/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sagar, Alka** | 08/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sagar, Alka | 08/12/2020 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Alka Sagar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544